UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

CASE NO. 1:22-cv-10098

DEZIGN NA, LLC, and
JEREMY KEITH RITTER,

    Plaintiffs,

v.

SEAMLESS CAPITAL GROUP LLC, et al.

    Defendants



**MEMO ENDORSED**

### STIPULATION TO ADJOURN AND RESCHEDULE JANUARY 5, 2023 SHOW CAUSE HEARING ON TRO AND PRELIMINARY INJUNCTION

    Plaintiffs, DEZIGN NA, LLC and JEREMY KEITH RITTER (collectively, Plaintiffs) and Defendant, SEAMLESS CAPITAL GROUP, LLC ("Seamless Capital") hereby stipulate and agree to adjourn and reschedule the January 5, 2023 show cause hearing for temporary restraining order and preliminary injunction until the week of January 17, 2023. Plaintiffs and Seamless Capital are in the process of negotiating a resolution which would not only obviate the need for a show cause hearing/TRO but would also resolve the substantive claims between these parties.

    Dated this 5th day of January, 2023.

Respectfully submitted,

| | |
|---|---|
| /s/ John M. Stravato | /s/ Gabriel Mendelberg (7482) |
| **JOHN M. STRAVATO, ESQ.** | **GABRIEL MENDELBERG, ESQ.** |
| 5 Bagatelle Road | 75 Maiden Lane, Suite 603 |
| Dix Hills, New York 11746 | New York, New York 10038 |
| Email: johnmstravato@gmail.com | Email: gabe@mendelberglaw.com |
| Telephone: (516) 633-2639 | Telephone: (646) 791-3611 |
| *Trial Counsel for Plaintiffs* | *Attorneys for Defendant Seamless Capital Group* |

Application GRANTED. The show cause hearing currently scheduled for January 5, 2023, is hereby ADJOURNED to **January 17, 2023, at 3:30 pm.** In the event that the parties negotiate a resolution before that date, they are directed to file a letter indicating as such as soon as possible.

The Clerk of Court is directed to terminate the pending motion at docket number 16.

Dated:    January 5, 2023           SO ORDERED.
          New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE