UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEZIGN NA, LLC and JEREMY KEITH RITTER,<br><br>                              Plaintiffs,<br><br>                    -v.-<br><br>SEAMLESS CAPITAL GROUP LLC, UNITED FUND USA, LLC, LIBERTAS FUNDING, LLC, CLOUDFUND LLC, MEGED FUNDING GROUP CORP., and JOHN and JANE DOE DEFENDANTS,<br><br>                              Defendants. | 22 Civ. 10098 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

       This case has been reassigned to this Court. All counsel must familiarize themselves with the Court's Individual Rules and Practices, which are available at https://nysd.uscourts.gov/hon-jennifer-h-rearden. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment. All previously scheduled appearances or conferences before the District Judge are hereby adjourned pending further notice from the Court.

       By **January 20, 2023**, Plaintiffs Dezign NA, LLC and Jeremy Keith Ritter ("Plaintiffs") and Defendant Seamless Capital Group, LLC ("Seamless") are hereby ORDERED to file on ECF a joint letter updating the Court on the status of the parties' negotiations. *See* ECF No. 17.

       By **January 27, 2023**, Plaintiffs shall file and serve any opposition to the motion by Defendant Meged Funding Group Corp. ("Meged") to stay action and compel arbitration (*see* ECF Nos. 18-20). By **February 3, 2023,** Plaintiffs shall file and serve their reply, if any.

2

Requests for extensions or adjournment of dates not affected by this Order may be made only in accordance with the Court's Individual Rules and Practices.

SO ORDERED.

Dated: January 13, 2023
      New York, New York

                                     JENNIFER H. REARDEN
                                     United States District Judge