UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/12/2023
```

| | |
|---|---|
| DEZIGN NA, LLC and JEREMY KEITH RITTER,<br><br>        Plaintiffs,<br><br>    -v.-<br><br>SEAMLESS CAPITAL GROUP LLC, UNITED FUND USA, LLC, LIBERTAS FUNDING, LLC, CLOUDFUND LLC, MEGED FUNDING GROUP CORP., and JOHN and JANE DOE DEFENDANTS,<br><br>        Defendants. | 22 Civ. 10098 (JHR)<br><br>NOTICE TO COUNSEL |

JENNIFER H. REARDEN, District Judge:

  The Court is in receipt of two *ex parte* communications from Jeremy Keith Ritter. The Court is forwarding these communications to Mr. Ritter's counsel of record in this case and will await counsel's *ex parte* response before taking any further steps.

  A copy of this Notice will be emailed to Mr. Ritter by Chambers.

Dated: September 12, 2023
     New York, New York

                     */s/ Jennifer H. Rearden*
                     JENNIFER H. REARDEN
                     United States District Judge