UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEZIGN NA, LLC, et al.,

                    Plaintiffs,

-v.-

SEAMLESS CAPITAL GROUP LLC et al.,

                    Defendants.

22 Civ. 10098 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

    The Court has received *ex parte* communications from Jeremy Keith Ritter, a plaintiff in this matter. The Court has forwarded those communications to John Stravato, Mr. Ritter's counsel of record in this action, and will await Mr. Stravato's response before taking any further steps.

    Mr. Ritter might not have realized that such *ex parte* communications are inappropriate. To the extent that Mr. Ritter has retained new counsel in connection with the matters he has raised *ex parte*, then his attorney shall enter an appearance forthwith and file any further submissions on the public docket. If Mr. Ritter is proceeding without counsel, then he must serve all parties with copies of any future communications to the Court, all of which will be filed on the public docket.

    SO ORDERED.

Dated: November 13, 2023
       New York, New York

                                                    _____
                                                    JENNIFER H. REARDEN
                                                    United States District Judge