UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/27/2023

| | |
|---|---|
| DEZIGN NA, LLC, et al., | |
| Plaintiffs, | 22 Civ. 10098 (JHR) |
| -v.- | ORDER |
| SEAMLESS CAPITAL GROUP LLC, et al., | |
| Defendants. | |

JENNIFER H. REARDEN, District Judge:

On November 13, 2023, the Court received an *ex parte* communication from John M. Stravato in response to the Court's Order to Show Cause, *see* ECF No. 27, why Mr. Stravato should not be referred to the Southern District's Committee on Grievances for his alleged failure to uphold his obligations as counsel to Plaintiff Jeremy Keith Ritter.

By **Thursday, November 30, 2023**, Mr. Stravato shall serve a copy of his response on Plaintiff Ritter and file proof of such service on the docket.

SO ORDERED.

Dated: November 27, 2023
       New York, New York

_____
JENNIFER H. REARDEN
United States District Judge