UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEZIGN NA, LLC, and JEREMY KEITH RITTER<br><br>         Plaintiffs,<br><br>      -v.-<br><br>SEAMLESS CAPITAL GROUP LLC et al.,<br>         Defendants. | 22 Civ. 10098 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

  The Court is in receipt of Plaintiffs' motion pursuant to Rule 60(b) of the Federal Rules of Civil Procedure, *see* ECF Nos. 34-36, seeking relief from the Court's Order dismissing this action as to Defendants Seamless Capital Group LLC, United Fund USA LLC, Libertas Funding LLC, Cloudfund LLC, and John and Jane Does, *see* ECF No. 25.[1] If these Defendants intend to respond to Plaintiffs' motion, they shall do so by **Friday, February 16, 2024**. Plaintiffs shall file a reply, if any, by **Friday, March 15, 2024**.

  Plaintiffs are directed to notify attorneys for Defendants by serving upon each of them a copy of this Order. If Plaintiffs are unaware of the identity of counsel for any Defendant, Plaintiffs must forthwith send a copy of this Order to that party personally. Proof that Plaintiffs provided such notice must be filed on ECF by **one week of the date of this Order.**

  SO ORDERED.

Dated: December 20, 2023
    New York, New York

                            */s/ Jennifer H. Rearden*
                            JENNIFER H. REARDEN
                            United States District Judge

---

[1] On July 19, 2023, the Court granted on default the motion of Defendant Meged Funding Group Corp. to stay and to compel arbitration. *See* ECF No. 24.