## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

DEZIGN NA, LLC, and JEREMY KEITH RITTER,

Plaintiffs,

- versus -

SEAMLESS CAPITAL GROUP LLC, UNITED
FUND USA, LLC, LIBERTAS FUNDING, LLC,
CLOUDFUND LLC, MEGED FUNDING GROUP
CORP., and JOHN and JANE DOE DEFENDANTS,

Defendants.

Case No. 22-cv-10098 (JHR)

<u>**NOTICE OF WITHDRAWAL OF MOTION**</u>

Plaintiffs hereby withdraw their motion, dated December 1, 2023, for an Order pursuant to Federal Rule of Civil Procedure 60(b), seeking relief from the Order of this Court, dismissing this Action for failure to prosecute, dated August 25, 2023.

Dated: Brooklyn, New York
        October 1, 2024

By: _____
        William H. Newman
        33 Nassau Avenue, Second Floor
        Brooklyn, New York 11222
        will@federal-lawyer.com

        *Counsel for Plaintiffs*