**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DEZIGN NA, LLC, and JEREMY KEITH RITTER,

Plaintiffs,

- versus -

SEAMLESS CAPITAL GROUP LLC, UNITED FUND USA, LLC, LIBERTAS FUNDING, LLC, CLOUDFUND LLC, MEGED FUNDING GROUP CORP., and JOHN and JANE DOE DEFENDANTS,

Defendants.

Case No. 22-cv-10098 (JHR)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/7/2024

**NOTICE OF WITHDRAWAL OF MOTION**

Plaintiffs hereby withdraw their motion, dated December 1, 2023, for an Order pursuant to Federal Rule of Civil Procedure 60(b), seeking relief from the Order of this Court, dismissing this Action for failure to prosecute, dated August 25, 2023.

Dated: Brooklyn, New York
October 1, 2024

By: ______________________

William H. Newman
33 Nassau Avenue, Second Floor
Brooklyn, New York 11222
will@federal-lawyer.com

*Counsel for Plaintiffs*

The Court is in receipt of Plaintiffs' Notice of Withdrawal of their motion seeking relief from the Order of this Court dismissing this Action against Defendants Seamless Capital Group LLC, United Fund USA, LLC, Libertas Funding, LLC, Cloudfund LLC, and John and Jane Does for failure to prosecute. *See* ECF No. 34.

The Clerk of Court is directed to terminate ECF Nos. 34 & 41.

SO ORDERED.

Jennifer H. Rearden, U.S.D.J.
Dated: October 7, 2024